United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 13, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 06-30121
Summary Calendar

_____

RAYMOND ABADIE,

Plaintiff-Appellant,

versus

JO ANNE B. BARNHART,
Commissioner of Social Security,

Defendant-Appellee.

_____

Appeal from the United States District Court for
the Eastern District of Louisiana
(USDC No. 2:02-CV-2888-ILRL)

_____

Before REAVLEY, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

　　Raymond Abadie appeals the district court's decision affirming the Commissioner's

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1

denial of social security disability benefits.  Reviewing the record under the same standard as the district court, we vacate and remand to the Administrative Law Judge ("ALJ").

The ALJ's decision does not reflect any consideration of the December 11, 2003 opinion letter of Dr. Razza, a treating specialist. The ALJ was not required to accept Dr. Razza's opinions, but was required to consider them, and if he chose to reject them, to explain what conflicting evidence informed his choice and conduct the analysis required by *Newton v. Apfel*, 209 F.3d 448, 453 (5th Cir. 2000) and 20 C.F.R. § 404.1527(d)(2). *Beasley v. Barnhart*, No. 04-10890, 2006 WL 2062101, at *4 (5th Cir. July 25, 2006).  The ALJ failed to do so.

VACATED and REMANDED.